Joel E. Tasca, Esq.
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendant*
*JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANNE EVANS,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LCC; BANK OF AMERICA, N.A.; CITIGROUP, INC./CITICARDS CBNA; JPMORGAN CHASE BANK, N.A.; and CAPITAL ONE BANK, N.A.,<br><br>    Defendants. | CASE NO. 2:23-cv-00237-MMD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**(Fifth Request)** |

The current deadline for Defendant JPMorgan Chase Bank, N.A. ("Chase") to respond to Plaintiff Anne Evans's complaint is May 4, 2023. Defendant has requested, and Plaintiff has agreed, that Chase shall have up to and including May 18, 2023, to respond to Plaintiff's complaint, as both parties are in the process of working toward early resolution of the claims asserted against Chase.

This is the fifth request for such an extension, and it is made in good faith and not for purposes of delay.

///

DMFIRM #407723733 v1

Dated: May 3, 2023.

| | |
|---|---|
| BALLARD SPAHR LLP | FREEDOM LAW FIRM, LLC |
| By: /s/ Madeleine Coles | By: /s/ Gerardo Avalos |
| Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Madeleine Coles, Esq.<br>Nevada Bar No. 16216<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>8985 South Eastern Ave., Suite 350<br>Las Vegas, Nevada 89123 |
| *Attorneys for Defendant JPMorgan Chase Bank, N.A.* | *Attorneys for Plaintiff Anne Evans* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 4, 2023