WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
jgarabedian@wrightlegal.net
*Attorney for Defendant, Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANNE EVANS,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; BANK OF AMERICA, N.A.; CITIGROUP, INC; JPMORGAN CHASE BANK, N.A.; AND CAPITAL ONE BANK, N.A.,<br><br>    Defendants. | Case No.:   2:23-cv-00237-MMD-DJA<br><br>**STIPULATION TO EXTEND EXPERT DISCLOSURES AND DISCOVERY DEADLINES**<br><br>**(First Request)** |

      Defendant Bank of America, N.A. (BANA), and Plaintiff Anne Evans, ("Plaintiff" and collectively the "Parties"), by and through their undersigned counsel of record, hereby respectfully submit this Stipulation to Extend Expert Disclosures and Discovery Deadlines pursuant to LR 26-3 [26-4 struck through] and LR IA6-1.  The current expert disclosure deadline is August 4, 2023, and the current discovery deadline is December 6, 2023.  The Parties request that these and corresponding deadlines be extended 60 days to accommodate pending written discovery requests, the notice of deposition of BANA's 30(b)(6) representative, and the recent First Amended Complaint filed on July 14, 2023 (ECF No. 43) as permitted by Order (ECF No. 42).  This is the Parties first request for an extension of the deadlines.

**DISCOVERY COMPLETED.**

1. On June 20, 2023, Plaintiff served its Initial Disclosures.

2. On June 20, 2023, Plaintiff served its Written Discovery Requests (Requests for Admission, Interrogatories, and Requests for Production) on BANA.

3. On June 20, 2023, Plaintiff served a Notice of Bank of America's Rule 30(b)(6) Deposition.

4. On June 29, 2023, BANA served its Initial Disclosures.

5. On June 29, 2023, BANA served its Written Discovery Requests (Requests for Admission, Interrogatories, and Requests for Production) on Plaintiff.

## I. SPECIFIC DESCRIPTION OF DISCOVERY THAT REMAINS TO BE COMPLETED.

1. BANA's responses to Plaintiff's Written Discovery Requests – currently due July 20, 2023, and pending 30-day extension.

2. BANA's Rule 30(b)(6) Deposition – currently set for August 4, 2023, and pending 30-day extension.

3. Plaintiff's responses to BANA's Written Discovery Requests – currently due July 31, 2023, and pending 30-day extension.

4. Disclosure of Expert Witnesses – pending answer to First Amended Complaint and responses to BANA and Plaintiff's responses to Written Discovery Requests.

## II. REASONS WHY DISCOVERY WAS NOT COMPLETED WITHIN TIME LIMITS SET BY DISCOVERY PLAN.

This Court recently granted in part and denied in part, BANA's Motion to Dismiss. (ECF No. 42). Plaintiff filed her First Amended Complaint on July 14, 2023 (ECF No. 42) and BANA's answer is presently due on July 31, 2023. Additional time is needed to consider disclosure of expert witnesses depending on BANA's answer to the First Amended Complaint and the Parties' respective responses to the pending Written Discovery Requests. BANA is also in need of a 30-day extension to respond to Plaintiff's Written Discovery Requests and to appear for its Rule 30(b)(6) Deposition due to vacation schedules of undersigned counsel and BANA representatives. Plaintiff is in need of the same

30-day extension. This request for extension is being submitted at least 21-days prior to the expiration of the expert disclosure deadline and good cause otherwise exists to extend the deadlines.

### III. PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY AND RELATED DEADLINES.

1. Expert Disclosures (initial) – October 3, 2023
2. Expert Disclosures (rebuttal) – November 2, 2023
3. Discovery cut off deadline –February 5, 2024
4. Dispositive motion deadline –March 6, 2024
5. Pre-Trial order deadline – April 5, 2024

The Parties submit this stipulation in good faith and not for purposes of delay or to prejudice to any party.

DATED this 17th day of July, 2023.

| WRIGHT, FINLAY & ZAK, LLP | FREEDOM LAW FIRM, LLC |
|---|---|
| /s/ Jory C. Garabedian | /s/ Gerardo Avalos |
| Darren T. Brenner, Esq. | George Haines, Esq. |
| Nevada Bar No. 8386 | Nevada Bar No. 9411 |
| Jory C. Garabedian, Esq. | Gerardo Avalos, Esq. |
| Nevada Bar No. 10352 | Nevada Bar No. 15171 |
| 7785 W. Sahara Ave., Suite 200 | 8985 South Eastern Ave., Suite 100 |
| Las Vegas, Nevada 89117 | Las Vegas, NV 89123 |
| *Attorneys for Bank of America, N.A* | *Attorneys for Plaintiff, Anne Evans* |

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: July 18, 2023