WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
jgarabedian@wrightlegal.net
*Attorney for Defendant, Bank of America, N.A.*

**UNITED STATES DISTRIC COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANNE EVANS,<br><br>     Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; BANK OF AMERICA, N.A.; CITIGROUP, INC; JPMORGAN CHASE BANK, N.A.; AND CAPITAL ONE BANK, N.A.,<br><br>     Defendants. | Case No. 2:23-cv-00237-MMD-DJA<br><br>**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

Defendant Bank of America N.A. ("BANA") by and through its undersigned counsel of record, hereby submits the following Unopposed Motion to Extend Time to Respond to Plaintiff's First Amended Complaint (First Request):

On July 14, 2023, Plaintiff filed his First Amended Complaint ("FAC") [ECF No. 43]. The Defendant was served electronically on July 14, 2023.  BANA had 14 days from service to file its response to the FAC, which made the current deadline July 28, 2023.

BANA's counsel was on vacation last week and return this week.

On July 28, 2023, BANA received approval of a 14-day extension to respond to the FAC from Plaintiff's counsel, which would make the response due August 11, 2023.

Based upon the foregoing, BANA respectfully requests that the Court extend the deadline

1

for BANA to file its response to Plaintiff's FAC to August 11, 2023.  This is the first request for extension of time for BANA to respond to Plaintiff's FAC. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

Dated this 28th day of July, 2023.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Jory C. Garabedian*
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Bank of America, N.A.*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED:  August 1, 2023

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 28, 2023, and pursuant to Fed. R. Civ. P. 5(b), I served via the CM/ECF electronic filing system a true and correct copy of the foregoing **UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** to the parties below:

George Haines      Ghaines@freedomlegalteam.com, 9310938420@filings.docketbird.com, igotnotices@freedomlegalteam.com

Gerardo Avalos    gavalos@freedomlegalteam.com, 7753192420@filings.docketbird.com

Gia Marina    gmarina@clarkhill.com, julmer@clarkhill.com, tbain@clarkhill.com

Madeleine Coles    colesm@ballardspahr.com, LVDocket@ballardspahr.com, LitDocket_West@ballardspahr.com, tasca@ballardspahr.com

                                        */s/ Tonya Sessions*
                                        An employee of Wright Finlay & Zak LLP