```
1  George Haines, Esq.
   Nevada Bar No.: 9411
2  Gerardo Avalos, Esq.
3  Nevada Bar No.: 15171
   **FREEDOM LAW FIRM**
4  8985 S. Eastern Ave., Suite 100
5  Las Vegas, Nevada 89123
   (702) 880-5554
6  (702) 385-5518 (fax)
7  Ghaines@freedomlegalteam.com
8  *Attorneys for Plaintiff Anne Evans*
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Anne Evans, | Case No.: 2:23-cv-00237-MMD-DJA |
| Plaintiff, | |
| v. | **Stipulation for dismissal of Citigroup, Inc./Citicards CBNA with prejudice.** |
| Equifax Information Services, LLC; Bank of America, N.A.; Citigroup, Inc./Citicards CBNA; JPMorgan Chase Bank, N.A.; and Capital One Bank, N.A, | |
| Defendants. | |

   Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Anne Evans and Citigroup, Inc./Citicards CBNA stipulate to dismiss Plaintiff's claims against Citigroup, Inc./Citicards CBN with prejudice.

///
///
///

_____

STIPULATION          - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: August 3, 2023.

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Anne Evans*

**BALLARD SPAHR LLP**

/s/ Madeleine Coles
Joel E. Tasca, Esq.
Madeleine Coles, Esq.
Ballard Spahr, LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
*Counsel for Citigroup, Inc./Citicards CBNA*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: August 4, 2023