George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Anne Evans*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Anne Evans, | Case No.: 2:23-cv-00237-MMD-DJA |
| Plaintiff, | **Stipulation for dismissal of Bank of America, N.A.** |
| v. | |
| Equifax Information Services, LLC; Bank of America, N.A.; Citigroup, Inc./Citicards CBNA; JPMorgan Chase Bank, N.A.; and Capital One Bank, N.A, | |
| Defendants. | |

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Anne Evans and Bank of America, N.A. stipulate to dismiss Plaintiff's claims against Bank of America, N.A. with prejudice.

///
///
///

_____

STIPULATION      - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: October 10, 2023.

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Anne Evans*

**WRIGHT, FINLAY & ZAK, LLP**

/s/ Jory C. Garabedian
Darren T. Brenner, Esq.
Jory C. Garabedian, Esq.
Wright, Finlay & Zak, LLP
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
*Counsel for Bank of America, N.A.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED:_____