AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

ANNE EVANS,

        Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES, LLC et al

        Defendant.

JUDGMENT

Case Number: 2:23-cv-00237-MMD-DJA

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's claims against Bank of America, N.A. are dismissed with prejudice.
**IT IS FURTHER ORDERED** that each party will bear its own costs, disbursements, and attorney fees.

Dated: October 10, 2023.

Date: October 10, 2023



CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk